IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JUAN MANUEL ACOSTA; HECTOR DE LA TORRE; EMILY ELIZONDO; MARTIN ELIZONDO; KASSANDRA DE LA TORRE; MARIA DE LA GARZA; ALEXANDRA GARCIA; MARIO GONZALEZ; OSCAR CASAS GONZALEZ; BENITO GUTIERREZ; EDGAR ALONSO HERNANDEZ; ANA KAREN IRACHETA; LINDA IRACHETA, individually and as next friend of Y.Y.I. AND I.I.; JOSE JUAN IRACHETA, JR.; JUAN SANTOS LOPEZ; ALBERTO MONTALVO, individually and as next friend of A.M.[1]; ALBERTO MONTALVO, JR.; ELSA MONTALVO; SABRINA MONTALVO; MICHELLE MONTOYA; JUAN MONTOYA; CRISTIAN MONTOYA; JOSE FRANCISCO NEGRETE; JUAN OLIVARES; MIRNA ORTIZ DE SOLIS, individually and as next friend of O.S.; ADRIAN ORTIZ; ADRIAN PEREZ; ALEJANDRA PEREZ; CONSUELO DIANA PEREZ; FRANCISCO REYES MANCILLA; ALEJANDRA JENNET REYNA; MARITZA DE LA GARZA, as next friend of Y.R.; EDDIE ROSALES; FLORENTINA SALGADO ORTIZ; JOSE SANCHEZ; JUAN ARTEMIO SANCHEZ GALAVIZ; JONATHAN SANCHEZ;  CASSANDRA SOLIS; SANTIAGO SOLIS; ELIAS SOLIS III; JESUS SOSA; IRMA VASQUEZ, individually and as next friend of R.G.O.; RAFAEL ZAPATA; | 2:20-cv-02166<br><br>JURY TRIAL DEMANDED |

---

[1] In accordance with Fed. R. Civ. P. 5.2, the Plaintiffs who are minors are identified by their initials.

1

|  |  |
|---|---|
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| **KC FARMS, LLC; KC SEEDS, LLC; MICHAEL CHRISTENBERRY**, | ) |
|  | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Attorney Carlos Cisneros-Vilchis, requests leave to withdraw his appearance as the attorney of record for Plaintiffs. Attorney Cisneros-Vilchis is leaving the Illinois Migrant Legal Assistance Project of Legal Aid Chicago effective June 17, 2020 and will no longer represent the Plaintiffs.

Attorney Lauren Dana of Legal Aid Chicago will continue to represent Plaintiffs and become lead counsel in the case.

Dated June 18, 2020

Respectfully submitted,

s/Carlos Cisneros Vilchis_____
One of Plaintiff's Attorneys

Carlos Cisneros Vilchis
Lauren Dana
Legal Aid Chicago
120 South LaSalle Street, Suite 900
Chicago, Illinois  60603
(312) 347-8368

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he served a copy of the foregoing **Motion to Withdraw Carlos Cisneros Vilchis's Appearance as Attorney for Plaintiffs** by regular mail to the following addresses:

MICHAEL CHRISTENBERRY
20389 N 500TH STREET
BROCTON, IL 61917

ANGELICA W. WAWRZYNEK
c/o KC Farms, LLC
c/o KC Seeds, LLC
6009 PARK DR
CHARLESTON, IL 61920


Dated: June 18, 2020

s/ Carlos Cisneros Vilchis
One of Plaintiffs' Attorneys
Carlos Cisneros Vilchis
Lauren Dana
Legal Aid Chicago
120 South LaSalle Street, Suite 900
Chicago, Illinois  60603
(312) 347-8368

3