## U.S. DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| JUAN MANUEL ACOSTA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 20-cv-02166 |
| | ) |
| KC FARMS, LLC; KC SEEDS, LLC; | ) |
| MICHAEL CHRISTENBERRY, | ) |
| | ) |
| Defendants. | ) |

### AGREED MOTION TO APPROVE SETTLEMENT OF
### MINOR PLAINTIFFS' CLAIMS

Plaintiffs hereby file this agreed motion to approve settlement of Minor Plaintiffs Y.Y.I. and A.M.'s claims. In support of this Motion, Plaintiffs state the following:

1. On June 12, 2020, Plaintiffs filed this case against Defendants seeking relief for alleged violations of the Migrant and Seasonal Agricultural Worker Protection Act ("AWPA"), 29 U.S.C. §§ 1801 *et seq.*, the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*; the Illinois Minimum Wage Law ("IMWL"), 820 ILCS §§ 105/1 *et seq.*; and the Illinois Wage Payment and Collection Act ("IWPCA"), 820 ILCS §§ 115/1 *et seq.* (Dkt. #1, 14 (Amended Complaint).)

2. On September 25, 2021, the Parties finalized and fully executed a settlement agreement to resolve this case, which is attached as Exhibit A.

3. Pursuant to the Illinois Probate Act, 755 ILCS 5/19-8, a minor child, as a ward of the court, can only settle their claims upon court approval and court direction.

4. Opening a probate case for acceptance of this settlement agreement for Minor Plaintiffs Y.Y.I. and A.M. is unnecessary under Illinois law because the amount distributable to each ward in this instance does not exceed $10,000. 755 ILCS 5/25-2.

5. This Court should instead declare a parent of each Minor Plaintiff as their duly appointed guardian and allow the parent to settle their child's claims.

6. Plaintiff Linda Iracheta, as next friend of Plaintiff Y.Y.I., states as follows:

    a. No representative has been appointed to Y.Y.I.'s estate;

    b. Linda Iracheta is Y.Y.I.'s next friend in the current litigation;

    c. Linda Iracheta is Y.Y.I.'s parent;

    d. Linda Iracheta is competent to enter into agreements under Illinois law;

    e. Linda Iracheta wishes to be appointed next friend and guardian for the purpose of accepting Y.Y.I.'s settlement; and

    f. Linda Iracheta believes that the amount that Y.Y.I. will receive is fair considering the value of Y.Y.I.'s claims.

7. Plaintiff Alberto Montalvo, as next friend of Plaintiff A.M., states as follows:

    a. No representative has been appointed to A.M.'s estate;

    b. Alberto Montalvo is A.M.'s next friend in the current litigation;

    c. Alberto Montalvo is A.M.'s parent;

    d. Alberto Montalvo is competent to enter into agreements under Illinois law;

    e. Alberto Montalvo wishes to be appointed next friend and guardian for the purpose of accepting A.M.'s settlement; and

    f. Alberto Montalvo believes that the amount that A.M. will receive is fair considering the value of A.M.'s claims.

8. In addition, the Parties' settlement agreement distributes the settlement payment proportionately between all Plaintiffs, whether adult or minor, based on the value of their claims as asserted in the lawsuit.

9. Counsel for Defendants have indicated that Defendants are in agreement with this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court (a) appoint Linda Iracheta as guardian of Y.Y.I., and Alberto Montalvo as guardian of A.M., for the purpose of accepting settlement, and (b) approve the settlement of the Minor Plaintiffs' claims in accordance with the terms of the Parties' settlement agreement.

Respectfully submitted,

Date: September 29, 2021.　　　　　　　　　　　s/ Lauren Dana

Lauren Dana (ARDC #6326792)
Mariyam Hussain (ARDC # 6304816)
Lisa Palumbo (ARDC # 6200770)
Legal Aid Chicago
120 South LaSalle Street, Suite 900
Chicago, Illinois 60603
Phone: (312) 405-0849
Phone: (312) 505-4292
Phone: (312) 485-1667
ldana@legalaidchicago.org
mhussain@legalaidchicago.org
lpalumbo@legalaidchicago.org

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on September 29, 2021, she electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following attorney:

Lorna K. Geiler
Meyer Capel
306 West Church Street
Champaign, IL 61820
Phone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com

Dated: September 29, 2021

Respectfully submitted,

s/ Lauren Dana

Attorney for Plaintiffs
Lauren Dana
Legal Aid Chicago
120 South LaSalle Street, Suite 900
Chicago, IL 60603
Phone: (312) 405-0847
ldana@legalaidchicago.org